UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61816-WPD

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| STEVEN A. FERNANDEZ AND | ) |
| MONICA O'MEALIA, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF
FINAL JUDGMENTS AGAINST DEFENDANTS STEVEN A.
FERNANDEZ, AND MONICA O'MEALIA**

Plaintiff Securities and Exchange Commission ("Commission") moves for entry of final judgments against Defendants Steven A. Fernandez ("Fernandez") and Monica O'Mealia ("O'Mealia") (collectively, "Defendants"). By their Consents, attached as Exhibits A and B, Defendants waive service of the Summons and the Complaint in this action; enter a general appearance; and admit the Court's jurisdiction over Defendants and the subject matter of this action.

Defendants have consented to entry of the Final Judgments attached as Exhibits C and D. Entry of the Final Judgments will conclude the Commission's litigation of this matter against Defendants. The Final Judgments specify that the Court shall retain jurisdiction to enforce the terms of the Final Judgments.

Accordingly, the Commission respectfully requests the Court enter the attached Final Judgments as to Defendants Steven A. Fernandez and Monica O'Mealia.

Counsel for the Commission conferred with counsel for Defendants, Joel Hirschhorn, Esq., who does not object to the requested relief.

September 22, 2023

Respectfully submitted,

By:   */s/ Stephanie N. Moot*
Stephanie N. Moot
Senior Trial Counsel
Fla. Bar No. 30377
Direct Dial: (305) 982-6313
Email: moots@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4146

## **CERTIFICATE OF SERVICE**

I certify that on September 22, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record or by means denoted below upon the below list.

*/s/ Stephanie N. Moot*
Stephanie N. Moot

VIA EMAIL
Joel Hirschhorn, Esq.
Gray Robinson
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Phone: 305-416-6880
Email: joel.hirschhorn@gray-robinson.com
*Attorney for Defendants Steven A. Fernandez and Monica O'Mealia*